The Honorable Marsha J. Pechman

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   JAMES R. CONROY,                      No.  C02-2380P

10                    Plaintiff,           DECLARATION OF RAUL
                                           MARTINEZ IN SUPPORT OF
11        v.                               DEFENDANTS' MOTION TO
                                           STRIKE PLAINTIFF'S EXPERT
12  THE  CITY  OF  SEATTLE,  a  municipal  WITNESSES (D. P. VAN
    corporation and the members of its Police  BLARICOM AND DAVID ROYS)
13  Force, OFFICERS SCOTT MOSS, JOHN
    HAYES,   MARK   GRINSTEAD,   SMITH,    NOTE ON MOTION CALENDAR:
14  MACCARRONE,   JOHNSON,   PALTON,       Friday, November 28, 2003
    STOCKWELL,  MARK  WORSTMAN,  and
15  JOHN DOES I through V,,

16                   Defendants.

17        I, RAUL MARTINEZ, certify and declare as follows:

18        1.      I am over the age of 18 years and am otherwise competent to make this

19  declaration.   I am one of the attorneys for the defendants in this matter.   This

20  declaration is made upon personal knowledge setting forth facts I believe to be true.

21        2.      Attached as true and accurate copies are the following exhibits:

22        Exhibit    Document

23        A.      Order Setting Trial Date and Related Dates for Case No C02-2380P;

DECLARATION OF RAUL MARTINEZ IN
SUPPORT OF DEFENDANTS' MOTION TO
STRIKE PLAINTIFF'S EXPERT WITNESSES - 1
[C02-2380P]

U:\Clients\3019\24207\PLD Mot 2 Strike Experts - Martinez Decl.doc

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

B.   Excerpts of Plaintiff's Discovery Answers, dated March 17, 2003;

C.   Plaintiff's Supplemental Discovery Answers, dated October 22, 2003;

D.   Plaintiff's letter dated September 25, 2003.

*I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.*

DATED this ___ day of ___, 2003, at Seattle, Washington.

RAUL MARTINEZ

DECLARATION OF RAUL MARTINEZ IN
SUPPORT OF DEFENDANTS' MOTION TO
STRIKE PLAINTIFF'S EXPERT WITNESSES - 2
[C02-2380P]

U:\Clients\3019\24207\PLD Mot 2 Strike Experts - Martinez Decl.doc

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

1

<u>Certificate of Service</u>

2

I certify that on the date noted below I presented DECLARATION OF RAUL MARTINEZ IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT

3

WITNESSES (D. P. VAN BLARICOM AND DAVID ROYS) to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

4

5

and I certify that I have caused to be served in the manner noted below a copy of the above-listed document to the following non CM/ECF participants:

6

7

Frank R. Siderius
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847

8

Seattle, WA  98101
206/624-2800

9

    *Attorney for Plaintiff*

10

[ ] Via Facsimile
[ ] Via First Class Mail
[x] Via Messenger

11

DATED this ___11th___ day of November, 2003, at Seattle, Washington.

12

13

14

Raul Martinez, WSBA #31848

15

16

17

18

19

20

21

22

23

DECLARATION OF RAUL MARTINEZ IN
SUPPORT OF DEFENDANTS' MOTION TO
STRIKE PLAINTIFF'S EXPERT WITNESSES - 3
[C02-2380P]

U:\Clients\3019\24207\PLD Mot 2 Strike Experts - Martinez Decl.doc

STAFFORD FREY COOPER
———— *Professional Corporation* ————
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

**EXHIBIT A**

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

FEB ? ? 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

3019/24207
RRM/TAB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES R. CONROY,

      Plaintiff(s),

      v.

THE CITY OF SEATTLE, et al,

      Defendant(s).

Case No. C02-2380P

ORDER SETTING TRIAL
DATE & RELATED DATES

**TRIAL DATE**     February 23, 2004

Deadline for joining additional parties     March 24, 2003

Reports from expert witnesses under FRCP 26(a)(2) due     August 27, 2003

All motions related to discovery must be filed by
and noted on the motion calendar no later than the
third Friday thereafter (see CR7(d))     September 26, 2003

Discovery completed by     October 27, 2003

All *dispositive motions* must be filed by
and noted on the motion calendar no later than the
fourth Friday thereafter (see CR 7(d))     November 25, 2003

Settlement conference per CR 39.1(c)(2) held no later than     December 29, 2003

Mediation per CR 39.1(c)(3) held no later than     January 23, 2004

All motions in limine must be filed by
and noted on the motion calendar no later than the
second Friday thereafter     January 26, 2004

Agreed pretrial order due     February 11, 2004

Pretrial conference     February 13, 2004 at 11:00 a.m.

Trial briefs, proposed voir dire questions, proposed
jury instructions, and trial exhibits due     February 18, 2004

ORDER SETTING TRIAL DATE & RELATED DATES - 1

**DOCKETED**

2/26/03 By ___ 18

Length of Trial: 6 - 8 days                                    Jury XX

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Eileen Scollard, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COOPERATION:**

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

**EXHIBITS:**

*The original and one copy of the trial exhibits are to be delivered to chambers five days* before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next number not used by plaintiff. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with

*ORDER SETTING TRIAL DATE & RELATED DATES - 2*

1  appropriately numbered tabs.

**SETTLEMENT:**

3  Should this case settle, counsel shall notify Eileen Scollard as soon as possible at 206-

4  553-1801. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of

5  settlement may be subject to such discipline as the Court deems appropriate.

6  A copy of this Minute Order shall be mailed to all counsel of record.

7  DATED this 24th day of February, 2003.

Marsha J. Pechman
United States District Judge

ORDER SETTING TRIAL DATE & RELATED DATES - 3

# EXHIBIT B

The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  JAMES R. CONROY,                    No.  C02-2380P

11              Plaintiff,              DEFENDANTS FIRST
                                        INTERROGATORIES AND
12                                      REQUESTS FOR PRODUCTION
       v.                               TO PLAINTIFF JAMES R.
13                                      CONROY

14  THE CITY OF SEATTLE, a municipal
    corporation and the members of its Police
15  Force; OFFICERS SCOTT MOSS, JOHN     AND ANSWERS THERETO
    HAYES, GRINSTEAD, SMITH,
16  MACCARRONE, JOHNSON, PALDON,
    STOCKWELL, and MARK WORSTMAN,
17  and JOHN DOES I through V,

18              Defendants.

19

20  TO:        JAMES R. CONROY, Plaintiff;

    AND TO:    FRANK SIDERIUS, his attorney:
21
            The City of Seattle, in accordance with Rules 26, 33 and 34 of the Federal Rules of
22
    Civil Procedure, propounds the following written interrogatories and requests for production
23
    to plaintiff James R. Conroy.   These interrogatories are continuing in nature and any
24
    information requested herein which may be discovered by you after answering these
25
    interrogatories, but before final disposition of this case, are to be furnished to defendants
26

DEFENDANTS FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION [C02-2380P] - 1

OFICIAL

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Y:\RHS\CONROYJIM\ROGS.ANS.DOC

reports and statements furnished, and to be furnished by defendant City of Seattle as well as records of King County Community Mental Health produced herewith.

18.  Identify each person(s) whom you intend to call as an expert witness at trial of this case and, for each, provide all opinions to be expressed by the witness and the basis and reasons therefore, and the data or other information considered by the witness in forming the opinion.

ANSWER:

To date, plaintiff is not able to identify an expert he intends to call at trial.  This answer will be supplemented.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, you are hereby requested to produce for inspection and copying at the offices of the attorneys for the defendants within thirty (30) days from the date hereof the following documents and things: These are continuing requests:

1.    Any and all "Documents", e.g., photographs, video/audio recordings, media articles, relating to the incident described in your complaint.

RESPONSE:

Please refer to all documents produced with initial disclosures.  Additionally, provided herewith are reports obtained from King County Community Mental Health pursuant to consent of plaintiff.  This response will be supplemented upon receipt of additional documents.

2.    All medical and mental health records, reports, chart notes or medical bills identified in the preceding interrogatories.

RESPONSE:

Plaintiff has signed consent forms for defendants to obtain all medical records and bills.

3.    All medical reports, records and bills of any treatment, examination, test or counseling of you (a) relating to claims arising out of this incident, as well as (b) of any kind from ten (10) years prior to this incident through the present date.

DEFENDANTS FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION [C02-2380P]  – 12

Y:\RHS\CONROYJIM\ROGS.ANS.DOC

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

9.      Any and all reports, writings or other documents made and/or relied upon by each expert in the course of preparing that expert's opinion, with respect to each person you have retained as an expert witness in this action.

RESPONSE:

**No trial experts have been retained.  This response will be supplemented.**

10.      A copy of the <u>curriculum</u> <u>vitae</u> of each person you have identified as an expert witness, a copy of any documentation upon which said expert relied in formulating his/her opinion, and a copy of the retainer agreement between yourself and the expert.

RESPONSE:

**No trial experts have been retained.  This response will be supplemented**

11.      A copy of each and every item of documentary or physical evidence which supports any aspect of your claims herein not previously produced

RESPONSE:

**None to date.  This answer will be supplemented.**

DATED:  March _____17_____, 2003.

By_____
        FRANK R. SIDERIUS, WSBA #7759
        Attorney for Plaintiff

DEFENDANTS FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION [C02-2380P]  – 14

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Y:\RHS\CONROYJIM\ROGS.ANS.DOC

STATE OF WASHINGTON        )
                           ) ss.
COUNTY OF _KING_           )

    James R. Conroy, being first duly sworn, upon oath, deposes and states as follows:

    That I am the plaintiff herein, that I have read the foregoing interrogatories and answers thereto, know the contents thereof and believe the same to be true.

_____
JAMES R. CONROY

    SUBSCRIBED AND SWORN TO before me this _15ᵗʰ_ day of  March, 2003.

_____
Signature
Print name: _FRANK R. SIDERIUS_
NOTARY PUBLIC in and for the State
of Washington, residing at _SEATTLE_
My appointment expires: _7/14/06_

DEFENDANTS FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION [C02-2380P]  − 15

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Y:\RHS\CONROYJIM\ROGS.ANS.DOC

**EXHIBIT C**

The Honorable Marsha J. Pechman

**RECEIVED**

OCT 2 3 2003

STAFFORD FREY COOPER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAMES R. CONROY,

                Plaintiff,

   vs.

THE CITY OF SEATTLE, a municipal
corporation and the members of
its Police Force, OFFICERS SCOTT
MOSS, JOHN HAYES, MARK GRINSTEAD,
MARGARET SMITH, JOE MACCARRONE,
BRADLEY JOHNSON, SUZANNE PARTON,
CLAY STOCKWELL, MARK WORSTMAN,
GLEN MULKEY, JAMES BRAKEBILL,
ROLF TOWNE, DWAYNE PIRAK, JOE
PIOLI, GREG RICE, MATT NESS,
LIEUTENANT MARK MOUNT, and
CAPTAIN MICHAEL SANFORD,

                Defendants.

No. C02-2380P

SUPPLEMENTAL RESPONSES OF
PLAINTIFF TO DEFENDANTS'
FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION

Plaintiff provides the following supplemental responses:

**INTERROGATORY NO. 15:** State in detail the amount of dollars and cents claimed by plaintiff for general damages, loss of time or income, medical and hospital expenses, and any other special damages.

**SUPPLEMENTAL ANSWER:**

Medical/hospital expenses update:

1.   Calypso for Premera Blue Cross:   $17,031.56 (principal)

SUPPLEMENTAL RESPONSES OF PLAINTIFF
TO DEFENDANTS' FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION - 1

SIDERIUS, LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800

2.   Risk Management Alternative for
     Harborview:                           $34,517.41

3.   Custom Ocular:                        $ 3,455.00

4.   Specialty Eyecare:                    $   176.00

**INTERROGATORY NO. 18:**  Identify each person(s) whom you intend to call as an expert witness at trial of this case and, for each, provide all opinions to be expressed by the witness and the basis and reasons therefore, and the data or other information considered by the witness in forming the opinion.

**SUPPLEMENTAL ANSWER:**

D.P. Van Blaricom.   See documents produced in response to Request for Production of Documents Nos. 9 and 10.

**REQUEST FOR PRODUCTION NO. 9:**   Any and all reports, writings or other documents made and/or relied upon by each expert in the course of preparing that expert's opinion, with respect to each person you have retained as an expert witness in this action.

**SUPPLEMENTAL RESPONSE:**  Provided herewith.

**REQUEST FOR PRODUCTION NO. 10:**  A copy of the <u>curriculum vitae</u> of each person you have identified as an expert witness, a copy of any documentation upon which said expert relied in formulating his/her opinion, and a copy of the retainer agreement between yourself and the expert.

**SUPPLEMENTAL RESPONSE:**  Provided herewith.

Dated this 22nd day of October, 2003.

_____
Frank R. Siderius          WSBA 7759
SIDERIUS LONERGAN & MARTIN LLP
Attorneys for Plaintiff

SUPPLEMENTAL RESPONSES OF PLAINTIFF
TO DEFENDANTS' FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION - 2

SIDERIUS, LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800

SIDERIUS, LONERGAN & MARTIN, LLP

ATTORNEYS AT LAW

500 UNION STREET

SUITE 847

SEATTLE, WASHINGTON 98101

206/ 624-2800

FAX 206/ 624-2805

WWW.SIDLON.COM

RAYMOND H. SIDERIUS
CHARLES R. LONERGAN, JR.
MICHAEL G. MARTIN
FRANK R. SIDERIUS
ANNA M. TOLIN
MICHAEL E. SIDERIUS
MICHAEL T. SENNOTT

COUNSEL
KELLIS M. BOREK
SOLIE M. RINGOLD
WILLIAM E. WALL

October 20, 2003

*Via Messenger*

D.P. Van Blaricom
D.P. Van Blaricom, Inc.
835 - 91st Lane NE
Bellevue, WA  98004

Re:  *Conroy v. City of Seattle*
U. S. District Court Cause No. C-02-2380P

Dear Mr. Van Blaricom:

I am enclosing a number of documents for your review as well as photographs, a videotape taken by a neighbor and a videotape of a public access TV program.

The Complaint filed in the case provides a recitation of the relevant facts.  Mr. Conroy has no prior criminal history and his bizarre behavior on the date of the incident resulted from his discontinuation of medication several months prior.

While we have no problem with the police responding to a neighbor's complaint, we are concerned with police procedures that followed thereafter during this lengthy event.  As you will see from the materials, a SWAT team armed with less lethal weapons, rushed Mr. Conroy.  He was hit in the vicinity of his left eye by a plastic baton round resulting in loss of his eye.

I am also enclosing a copy of two recent Ninth Circuit cases, *Deorle v. Rutherford* and *Drummond v. City of Anaheim*.  You may already be familiar with these opinions which appear to support Mr. Conroy's claim that excessive force was utilized against him.

The enclosed materials obtained through discovery provide details of the events of August 9, 2001.  Please note that on August 8, 2001, King County Crisis & Commitment Services Mental Health Professionals had met with family members at Mr. Conroy's home.  Family members were concerned that Mr. Conroy had stopped

D.P. Van Blaricom
October 20, 2003
Page 2.

taking medication and had removed items of furniture which were placed in the front of his home. Mr. Conroy would not talk to the mental health professionals. The MHPs determined there was insufficient evidence to proceed with an involuntary commitment.

On the day of the incident, King County Mental Health Crisis & Commitment Services received a call from Seattle Police Department Officer Susie Parton. A copy of MHP notes is provided to you. You can see that approximately 3:30 p.m. two MHPs arrived at the scene and advised police that they "did not have sufficient evidence for involuntary commitment at this point."

In responding to interrogatories, the City had admitted that police lacked probable cause to believe Mr. Conroy had committed a particular crime or was a victim of a particular crime. There was also no indication that anyone else was in the house with Mr. Conroy or that he had weapons.

The SWAT crisis team which used force in taking Mr. Conroy into custody was situated at the street side of a shed on Mr. Conroy's property. As you can see from the enclosed photographs, the officers moved from that location toward Mr. Conroy's front door. We have measured the distance from the corner of the shed to the front porch. That distance is approximately 30 feet (9 meters).

Please provide an opinion regarding police procedures in this case. Was the use of force excessive under the circumstances? Should it have been clear to a reasonable officer at the time of the encounter that the force to be used was unlawful? How should the situation have been handled differently? As I indicated in our recent telephone conversation, we are on a very tight schedule and would appreciate hearing from you as soon as possible.

Thank you for your prompt attention to this matter. Please contact me if you need further information or documentation.

Very truly yours,

SIDERIUS LONERGAN & MARTIN, LLP

Frank R. Siderius

FRS/mb
Enclosures

**EXHIBIT D**

SIDERIUS, LONERGAN & MARTIN, LLP

ATTORNEYS AT LAW

500 UNION STREET

SUITE 847

SEATTLE, WASHINGTON 98101

206/ 624-2800

FAX 206/ 624-2805

WWW.SIDLON.COM

RAYMOND H. SIDERIUS
CHARLES R. LONERGAN, JR.
MICHAEL G. MARTIN
FRANK R. SIDERIUS
ANNA M. TOLIN
MICHAEL E. SIDERIUS
MICHAEL T. SENNOTT

COUNSEL
KELLIS M. BOREK
SOLIE M. RINGOLD
WILLIAM E. WALL

September 25, 2003

**RECEIVED**

**SEP 29 2003**

STAFFORD FREY COOPER

Mr. Raul Martinez
Attorney at Law
STAFFORD FREY COOPER
601 Union St., Ste 3100
Seattle, WA 98101

 Re: Conroy v. City of Seattle, et al.
   U.S. District Court Cause No. C02-2380P

Dear Raul:

 In checking with Federal Rule 39.1 and the Western District of Washington website, I have come up with a list of proposed mediators. I suggest consideration be given to Retired Judge George A. Finkle, Larry Levy, and Retired Judges Sally Pasette or Rosselle Pekelis.

 If you provide me with a list of acceptable mediators, I will undertake the task of securing available dates. I assume we are talking about late October or early November. Please let me know available dates for you and Ted.

 I will provide the executed stipulation and authorizations for release of medical information to you under separate cover. I have not received any copies of medical records pursuant to earlier consents signed by Mr. Conroy. I assume you will provide a copy of all records obtained, so I will not have to duplicate the process.

 Finally, I enclose a copy of a "report" from David S. Roys, M.D., addressed to attorney James Roe which contains Mr. Conroy's diagnosis. Obviously, Dr. Roys is an expert witness on behalf of Mr. Conroy and this is the only report we have received from him to date.

       Very truly yours,

       SIDERIUS LONERGAN & MARTIN, LLP

       Frank R. Siderius

FRS/mb
Enclosure
cc:  Client

# David S. Roys, M.D.

Psychiatry
1020 Cabrini Tower
901 Boren Avenue
Seattle, Washington 98104

(206) 621-1828

Fax (206) 624-1489

September 22, 2003

James Martin Roe, Attorney
705 Second Avenue
Suite 1300
Hoge Building
Seattle, Washington 98104

Re: James Raymond Conroy
DOB 10/23/1959

Dear Mr. Roe:

I have been treating James R. Conroy since September 11, 2001. At the to his request, I am writing this letter which he understands will be forwarded to be appropriate court authority. His diagnosis is as follows:

DSM-IV diagnosis:
Axis I: Bipolar illness, last manic, in partial remission
Axis II: none
Axis III: injury to left eye from bullet
Axis IV: recovery from gunshot, social isolation
Axis V: GAF (current) 65        GAF (highest in past six months) 65

Mr. Conroy is currently stabilized on Zyprexa 15 milligrams daily and chlordiazepoxide 25 milligrams on as needed basis. He has been very compliant with his medications, and is not a risk to the community. I plan to continue seeing him on a monthly-quarterly basis or more often as his condition warrants. I will be happy to provide progress notes to the appropriate person.

If I can be of any further assistance in this matter, please feel free to contact me.

Sincerely,

David S. Roys, M.D.

COPY RECEIVED

SEP 23 2003

SIDERIUS, LONERGAN & MARTIN, LLP

**Western District of Washington U.S.D.C.**

# Categorized Profiles

pg up | pg dn | expand | collapse | search

*Found 654 items. Click 'pg dn' to display more items.*

▶ Admiralty/Maritime
▶ Antitrust/Trade Regulation
▶ Banking
▶ Bankruptcy
▶ Business Litigation
▼ Civil Rights

**39.1 Mediators:**

- Categorized Profiles
- Mediator Profiles
- Reference Materials

Albrecht, Kathleen L.
Bender, William J.
Bertram, Gregory L.
Burgess, F. Ross
Cairns, Carolyn
Cavanaugh, Michael E.
Curwen, Gregory B.
Diamondstone, Fred
Dickens, James R.
Endriss, Marilyn J.
Finkle, George A.
Fitz-Gerald, Diane G.
Fletcher, Kelby D.
Freed, Clifford
Horowitz, Donald J.
Keay, Christopher
Kelley, Donald E.
Levy, Larry E.
Logerwell, Donald L.   ?
Martin, Elizabeth P.
Meyers, Frederick M.
Pasette, Sally Phillips
Pekelis, Rosselle (Retired Judge)
Rasmussen, Frederick T.
Spearman, Theodore
Tarshes, David C.
Thompson, Donald H.
▶ Constitutional
▶ Construction
▶ Consumer Protection

▶ Contracts
▶ Corporations
▶ Employment
▶ Environmental
▶ Finance
▶ Insurance
▶ Intellectual Property
▶ International
▶ Land Use
▶ Products Liability
▶ Professional Negligence
▶ Real Property
▶ Securities
▶ Torts
▶ Wills & Trusts
▶ (Not Categorized)

*Found 654 items. Click 'pg dn' to display more items.*

[pg up] [pg dn] [expand] [collapse] [search]