The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES R. CONROY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SEATTLE, a municipal corporation and the members of its Police Force, OFFICERS SCOTT MOSS, JOHN HAYES, MARK GRINSTEAD, SMITH, MACCARRONE, JOHNSON, PALTON, STOCKWELL, MARK WORSTMAN, and JOHN DOES I through V,,<br><br>　　　　　　Defendants. | No.  C02-2380P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES (D. P. VAN BLARICOM AND DAVID ROYS)<br><br>NOTE ON MOTION CALENDAR: Friday, November 28, 2003 |

This matter came before the court on DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES (D. P. VAN BLARICOM AND DAVID ROYS). Having considered the submissions of the parties and the court being now fully informed, it is hereby ORDERED:

Defendants' Motion to Strike Plaintiff's Expert Witnesses D. P. Van Blaricom and David Roys is GRANTED: D. P. Van Blaricom and David Roys are barred from testifying at trial in the above-entitled case.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES (D. P. VAN BLARICOM AND DAVID ROYS) - 1 [C02-2380P]

U:\Clients\3019\24207\PLD Mot 2 Strike Experts - Order.doc

STAFFORD FREY COOPER
———Professional Corporation———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

DONE IN OPEN COURT this _____ day of November, 2003.

_____
Marsha J. Pechman
United States District Court

Presented by:
STAFFORD FREY COOPER

By: _____
Ted Buck, WSBA # 22029
Raul Martinez, WSBA # 31848
Attorneys for Defendants

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES (D. P. VAN BLARICOM AND DAVID ROYS) - 2 [C02-2380P]

U:\Clients\3019\24207\PLD Mot 2 Strike Experts - Order.doc

STAFFORD FREY COOPER
―― Professional Corporation ――
A T T O R N E Y S
3100 Two Union Square
601 Union Street
Seattle, Washington 98101-1374
Tel. (206) 623-9900
Fax (206) 624-6885

<u>Certificate of Service</u>

1  I certify that on the date noted below I presented [PROPOSED] ORDER GRANTING
2  DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES (D. P. VAN
   BLARICOM AND DAVID ROYS) to the Clerk of the Court for filing and uploading to the
3  CM/ECF system which will send notification of such filing to the following persons:

4

5  and I certify that I have caused to be served in the manner noted below a copy of the
   above-listed document to the following non CM/ECF participants:

6  Frank R. Siderius
   Siderius Lonergan & Martin LLP
7  500 Union Street, Suite 847
   Seattle, WA  98101
8  206/624-2800
           *Attorney for Plaintiff*

9  [ ] Via Facsimile
   [ ] Via First Class Mail
10 [x] Via Messenger

11 DATED this ___10th___ day of November, 2003, at Seattle, Washington.

12

13                                     _____
                                        Raul Martinez, WSBA #31848
14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S EXPERT WITNESSES (D. P. VAN
BLARICOM AND DAVID ROYS) - 3 [C02-2380P]
U:\Clients\3019\24207\PLD Mot 2 Strike Experts - Order.doc

STAFFORD FREY COOPER
─── *Professional Corporation* ───
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885